MICHAEL HINCKLEY, State Bar No. 161645
LIDIA STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
RICKO DOUGLAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR- 12-00209 PJH (DMR) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE MOTIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| RICKO DOUGLAS, | |
| Defendant. | |

    Defendant RICKO DOUGLAS, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney William Frentzen, hereby stipulate and agree the defendant's pretrial release conditions be modified to remove the curfew and voice-track requirements. Good cause exits for this modification in that defendant has found full-time employment working at a warehouse as a stock-person which requires him to work the graveyard shift.

    Pretrial Service Officer Gelareh Farahmand does not object to this modification and will monitor his employment.

///

///

1

**IT IS SO STIPULATED.**

Dated: 05/22/2012          /s/William Frentzen

WILLIAM FRENTZEN
Assistant United States Attorney

Dated: 05/22/2012          /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the defendant's pretrial release conditions be modified to remove the curfew and voice-track requirements to enable him to work. His employment is to be monitored by Pretrial Services.

All other terms and conditions to remain.

IT IS SO ORDERED.

Dated: 5/23/12

_____
Honorable Donna M. Ryu
United States Magistrate Judge

*GRANTED — Judge Donna M. Ryu*